extensively questioned this witness. This questioning, which covers approximately 6 pages of the abstract of record, precisely clarified every detail of Roberts' testimony.

The extent to which a judge may examine witnesses is largely in his discretion and depends on the circumstances of each case. (*People v. Giacomino,* 347 Ill. 523, 180 N.E. 437.) A judge has a right to question witnesses, but he must do so in a fair and impartial manner without showing prejudice or bias against either party. (*People v. Gilbert,* 12 Ill.2d 410, 147 N.E.2d 44.) In the instant case, the trial judge presumably felt that further clarification of Roberts' testimony was necessary. During cross-examination, a juror had shouted that Roberts had not said that the man he saw at the scene had a gun. At that time the judge told the jurors that they were restricted to the questions and answers from the witness stand. In addition, the prosecutor and the defense counsel failed on direct examination and cross-examination to present the facts on Roberts' testimony to the jury in a comprehensible manner. In light of the confusion surrounding this testimony, the trial judge admirably performed his duty to enlighten the jury as to the relevant facts.

For the above reasons, the judgment of the circuit court is reversed. The cause is remanded for a new trial.

Reversed and remanded for a new trial.

LEIGHTON and HAYES, JJ., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* OSCAR L. WILLIAMS, Defendant-Appellant.

(No. 57228;

First District (3rd Division)—May 17, 1973.

Opinion by Mr. JUSTICE McGLOON.

James J. Doherty, Public Defender, of Chicago, (Elliot Samuels and Thaddeus L. Kowalski, Assistant Public Defenders, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Elmer C. Kissane, Bernard S. Armel, and Fred Chaimson, Assistant State's Attorneys, of counsel,) for the People.

KENROY, INC., Plaintiff-Appellee, v. ALFRED BERTHOLD, Defendant-Appellant.

(No. 56097;

First District (1st Division)—May 21, 1973.